PATRICIA NONNON, Individually and as Executrix of KERRI NONNON, Deceased, et al., Respondents, v CITY OF NEW YORK, Appellant. (And Other Actions.)

Submitted April 30, 2007; decided May 3, 2007

Motion by Product Liability Advisory Council Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

PATRICIA NONNON, Individually and as Executrix of KERRI NONNON, Deceased, et al., Respondents, v CITY OF NEW YORK, Appellant. (And Other Actions.)

Submitted April 30, 2007; decided May 3, 2007

Motion by Marcia Angell et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YUL BRANNUM, Appellant.

Submitted March 12, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN DEAN, Appellant.

Submitted April 30, 2007; decided May 3, 2007

Motion for assignment of counsel granted and Jaime C. Louridas, Esq., care of Louridas & Louridas, Esqs., 3034 Patrick Road,